United States District Court
Southern District of Texas
**ENTERED**
July 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIGITTE  HAZLETON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-53 |
| | § | |
| JORGE ALBERTO MORAZAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties.

Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to

reinstatement of Plaintiff's claims, unless any party represents in writing filed with the

Court on or before **September 13, 2016,** that the settlement could not be completely

documented.


SIGNED at Galveston, Texas, this 15th day of July, 2016.


_____
George C. Hanks Jr.
United States District Judge

1 / 1