IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **BRIGITTE HAZLETON,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:15-cv-00053 |
| **JORGE ALBERTO MORAZAN AND** | § | |
| **PAX CARRIER INC.,** | § | |
| | § | |
| *Defendants*. | § | |

## JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE

Plaintiff Brigitte Hazleton and Defendants Jorge Alberton Morazan and Pax Carrier, Inc. file this *Joint Stipulation and Motion to Dismiss with Prejudice* and state the following:

On July 11, 2016, Plaintiff Brigitte Hazleton and Defendants Jorge Alberton Morazan and Paz Carrier, Inc. entered into an agreement to settle this lawsuit brought by Brigitte Hazleton against Jorge Alberton Morazan and Pax Carrier.

One July 14, 2016, Plaintiff and Defendants filed their *Joint Notice of Settlement* with the Court (Doc. 53). There are no longer any issues in controversy relating to the claims and/or causes of action made by the Plaintiff. Therefore, Plaintiff and Defendants ask that the Court to dismiss all causes of action asserted by Plaintiff against the Defendants with prejudice to the re-filing of same permanently remove this case from the Court's docket.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: */s/ William R. Jones*
Zachary T. Mayer
State Bar No. 24013118
zmayer@krcl.com
William R. Jones
State Bar No. 24036861
wjones@krcl.com
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Phone: 214.777.4200
Facsimile: 214.777.4299

**ATTORNEYS FOR DEFENDANTS**

   **AND**

**TRITICO RAINEY, PLLC**

By: */s/ L. James Krell*
Ron S. Rainey
State Bar No. 16484425
L. James Krell
State Bar No. 24072191
1523 Yale Street
Houston, Texas 77008
Phone: 713.581.3399
Facsimile: 713.581-3360

Ed. D. Lieck
State Bar No. 12336150
The Law Offices of Ed Lieck
PO Box 416
Anahuac, TX 77514
Phone: 409.267.3322
Facsimile: 409.267.3240