United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIGITTE HAZLETON, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-00053 |
| JORGE ALBERTO MORAZAN AND PAX CARRIER INC., | § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE

On this day, the parties filed their *Joint Stipulation and Motion to Dismiss with Prejudice*. After considering the contents of this Joint Motion, and the pleadings on file, the Court hereby GRANTS this joint motion. It is therefore:

ORDERED, ADJUDGED, AND DECREED that the parties *Joint Stipulation and Motion to Dismiss with Prejudice* is hereby GRANTED in its entirety, that the causes of action asserted by Plaintiff Brigitte Hazleton against Defendants Jorge Alberto Morazan and Pax Carriers, Inc. are hereby dismissed with prejudice as to their refiling, and that all costs incurred are taxed against the party incurring same.

SIGNED this 12th day of September, 2016.

*George C. Hanks*
The Honorable George C. Hanks, Jr.
United States District Judge